**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| L. M. BEN DAVID;<br>Naples, FL 33068<br><br>Plaintiff(s)<br><br>v.<br><br>KRISTI NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br>ANGELICA ALFONSO-ROYALS, in her official capacity, Director, U.S. Citizenship and Immigration Services;<br>2707 Martin Luther King Jr. Ave, SE<br>Washington, DC 20528-0485<br><br>PAM BONDI, in her official capacity, Attorney General, Office of Attorney General, U.S. Department of Justice;<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>Defendant(s). | ) | Civil Action No. |

**<u>PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS AND VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT</u>**

Gabriela Perez-Dumois, Local Counsel for Plaintiff, 2514 Hollywood Blvd, Ste. 308, Hollywood, FL 33020, Ph: (754) 799-4400, Email: GPD@bzplegal.com;

Sadaf F. Ahmed, Non-resident Attorney for Plaintiff, JEELANI LAW FIRM, PLC, 3701 W. Algonquin Road, Suite 630, Rolling Meadows, IL 60008, Ph: (312) 767-9030, Facsimile: (312) 767-9030, Email: sadaf@jeelani-law.com.

## INTRODUCTION

COMES NOW L. M. BEN DAVID, (hereinafter "Plaintiff BEN DAVID" or "Plaintiff"), by and through the undersigned attorney, in the above cause, and states as follows:

1. Plaintiff timely, completely, and lawfully filed Form I-485 to apply for permanent resident status.

2. On December 1, 2022, Plaintiff BEN DAVID lawfully filed Form I-360, a VAWA self-petition with the United States Citizenship and Immigration Service ("USCIS") on account of his being the victim of abuse and extreme cruelty by his former U.S. Citizen Spouse.[1] Plaintiff's Form I-360 Petition was approved on May 22, 2024.

3. On January 26, 2022, Plaintiff timely, completely, and lawfully filed Form I-485, Application to Register Permanent Residence or Adjust Status with USCIS.

---

[1] On September 13, 1994, President Clinton signed the Violence Against Women Act into law as a part of a larger crime bill entitled the Violent Crime Control and Enforcement Act of 1994. VAWA provides funding and technical support, as well as important legal protections, to victims of domestic violence, sexual assault and stalking. *See* VAWA 1994, Pub. L. 103-322, Title IV, Sept. 19, 1994, *amended by* the Battered Immigrant Woman Protection Act of 2000, Pub. L. 106-386, Oct. 28, 2000, the Violence Against Women and Department of Justice Reauthorization Act of 2005, Pub. L. 109-162, Jan. 5, 2006, and the Violence Against Women Reauthorization Act of 2013, Pub. L. 113-4, Mar. 7, 2013. The immigrant provisions of VAWA, and the regulations promulgated to interpret and enforce those provisions, provide legal remedies that permit victims of domestic violence to legalize their status independent of their abusers. *See* 8 U.S.C. §§ 1154(a)(1)(A)(iii) and1154(a)(1)(A)(iv). VAWA was intended to protect immigrant survivors from adverse immigration consequences associated with leaving their abusive U.S. citizen or lawful permanent resident family member.

4. This action is brought as a result of Defendants' failure to adjudicate Plaintiff BEN DAVID's Form I-485, Application to Register Permanent Residence or Adjust Status, ("Application") within a reasonable period of time. Plaintiff BEN DAVID's Form I-485 Application has been pending for a total of over 40 months, which is almost four times the historical average processing times as reported by USCIS for similar filings made in 2022.[2] Plaintiff BEN DAVID have a clear right to the adjudication of his Form I-485 within a timely manner. The final adjudication of the Form is a ministerial, nondiscretionary task that Defendants must perform within a reasonable period of time. 5 U.S.C. §555(b).

5. Defendants are in violation of the Administrative Procedure Act, 5 U.S.C. § 701 et seq. As such, this action is brought to compel Defendants and those acting under them to take action on Plaintiff BEN DAVID's Form.

## PARTIES

6. Plaintiff L. M. BEN DAVID is a citizen of Israel and for purposes of the instant action he is a resident of Collier County, Florida. Plaintiff BEN DAVID is the self-petitioner of an approved Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant, as well the applicant of a properly filed Form I-485 Application to Register Permanent Residence or Adjust Status.[3]

---

[2] *See* USCIS Historical Processing Times at: https://egov.uscis.gov/processing-times/historic-pt

[3] Several years ago, Plaintiff filed a Form I-485, Application to Register Permanent Residence or Adjust Status, based on a Form I-130 petition filed by his then-U.S. citizen spouse. The couple attended an interview, but the adjustment application was ultimately denied when it was discovered that Plaintiff was in removal proceedings at the time of filing. Following the denial, Plaintiff and his attorney refiled both the Form I-130 and Form I-485 while Plaintiff remained in removal proceedings. The immigration court later terminated the removal proceedings and remanded the

7. Defendant KRISTI NOEM is the Secretary of the United States Department of Homeland Security (hereinafter "DHS"). This action is filed against her in her official capacity. Defendant NOEM is responsible for the enforcement of the INA and for the delegation of adjudicatory and discretionary authority to other employees of the DHS and USCIS pursuant to 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

8. Defendant ANGELICA ALFONSO-ROYALS is the Director of USCIS; she is an official generally charged with supervisory authority over all operations of USCIS under 8 C.F.R. § 103.1. This action is filed against her in her official capacity.

9. Defendant PAM BONDI is the Attorney General of the United States; she is an official generally charged with supervisory authority over all operations of the Department of Justice (hereinafter "DOJ") under 28 C.F.R. § 0.5. This action is filed against her in her official capacity.

## JURISDICTION AND VENUE

10. This Court has jurisdiction to hear this complaint, and the claims stated herein by virtue of 28 U.S.C. §§ 1331, § 1361 and §2201 because this is a federal mandamus action brought to compel Defendants to perform their statutory duties owed to Plaintiff. This Court has additional jurisdiction by virtue of the Administrative

---

case to USCIS for adjudication. Thereafter, following the breakdown of his marriage, Plaintiff filed a Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant (VAWA), as a self-petitioner. Through counsel, Plaintiff submitted a request for USCIS to interfile the pending I-360 petition with the existing adjustment of status application. The I-360 was approved approximately one year and two months ago after Plaintiff BEN DAVID's request to expedite his case was approved by USCIS; however, his Form I-485 Application remains pending with USCIS.

Procedures Act, 5 U.S.C. § 701, *et seq.,* because Plaintiff is seeking judicial review of inaction by one or more of the Defendants.

11. Venue is proper in the District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1391(e) in that this is the district in which the Plaintiff resides, and no real property is at issue in the instant case.

## EXHAUSTION OF REMEDIES

12. Plaintiff BEN DAVID has repeatedly requested Defendants to make a final decision on his Form I-485 Application. Furthermore, Plaintiff has initiated numerous inquiries with USCIS, directly, requesting the adjudication of his Application, all without any resolution.

13. Plaintiff BEN DAVID has exhausted his administrative remedies. The Plaintiff has supplied USCIS with documents that establish his eligibility for the approval of his Form I-485 Application.

14. There are no further administrative remedies available for Plaintiff to utilize.

## FACTUAL ALLEGATIONS

15. On December 1, 2022, following the breakdown of his marriage, Plaintiff BEN DAVID filed Form I-360, Petition for Alien Relative, naming himself as the beneficiary (Receipt# EAC2309750246) with USCIS. Plaintiff's Form I-360 was approved on May 22, 2024. **[EXHIBIT A].**

16. On January 26, 2022, Plaintiff BEN DAVID, properly filed Form I-485, Application to Register Permanent Residence or Adjust Status, with USCIS (Receipt# SRC2211550304). **[EXHIBIT B].**

17. On February 2, 2022, Plaintiff's fingerprints relating to his Form I-485 Application to Register Permanent Residence or Adjust Status were completed.

18. On March 9, 2023, Plaintiff BEN DAVID appeared for and completed his scheduled biometrics appointment in connection with his Form I-360 Petition at the designated USCIS Application Support Center.

19. On February 3, 2025, Plaintiff BEN DAVID submitted a properly filed request to expedite the processing of his Application, which remains pending.

20. Despite the approval of his Form I-360 Petition, USCIS has yet to adjudicate Plaintiff BEN DAVID's Form I-485 Application in order for him to acquire lawful permanent resident status.

21. Plaintiff BEN DAVID's Form I-485 continues to remain pending without any indication by USCIS as to when a final adjudication will be made.

22. Plaintiff has made numerous inquiries over the past three years and four months (over 40 months or 1246 days) since the filing of his Form I-485, requesting USCIS to complete the adjudication of his Form I-485 Application. Plaintiff has made numerous inquiries with USCIS, requesting the adjudication of his Form I-485 Application, all without any resolution.

23. Plaintiff's inquiries have not resulted in any meaningful responses from USCIS.

24. Plaintiff BEN DAVID's Form now continues to be pending with USCIS for over three years and four months (over 40 months or 1246 days).

25. Furthermore, USCIS has published a historical average processing time of 10.6 months for the adjudication of Form I-485 (under the family-based preference category). Plaintiff BEN DAVID's Form I-485 Application have been pending for over 40 months, which is almost four times the historical average processing time as reported by USCIS.[4]

26. Defendants have refused to provide any explanation or justification for the delay in adjudicating Plaintiff BEN DAVID's Form, specifically, why Plaintiff BEN DAVID's Form has now been pending for over 40 months without a final adjudication.

27. Plaintiff has endured significant financial and emotional burdens because of the unreasonable period of time that his Form I-485 Application remains unadjudicated.

28. Plaintiff has been deprived of the opportunity to have accumulated sufficient time as a permanent resident to become a U.S. citizen.

29. Moreover, Plaintiff have incurred significant attorney's fees due to the Defendants' failure in adjudicating Plaintiff BEN DAVID's Application within a reasonable period of time.

30.

[4] *See* USCIS Historical Processing Times at: https://egov.uscis.gov/processing-times/historic-pt

**COUNT I**

VIOLATION OF THE APA - FORM I-485

31. Plaintiff BEN DAVID has a statutory right to file a VAWA self-petition, pursuant to 8 CFR 204.1(a)(3), as the abused spouse of a U.S. citizen. This relationship confers immediate relative classification on Plaintiff BEN DAVID.

32. Plaintiff has a statutory right to apply for adjustment of his status to that of a permanent resident by filing Forms I-485, Application for Adjustment of Status. Furthermore, Plaintiff is eligible for the approval of his Form I-485 pursuant to INA 245(a) based on Plaintiff BEN DAVID's Form I-360 VAWA self-petition being approved by USCIS.

33. Defendants have a duty to adjudicate Plaintiff BEN DAVID's Form I-485 within a reasonable period of time under 5 U.S.C. §555(b).

34. The duty owed to Plaintiff is ministerial and so plainly prescribed as to be clear and free from doubt.

35. No other adequate remedy is available to Plaintiff.

36. Defendants have conducted the initial investigation and have sufficient information and documentation about Plaintiff to adjudicate his Form I-485 Application.

37. Given the Defendants' lack of a reason for not making a decision on Plaintiff BEN DAVID's Form I-485 Application for over the past three years and four months (over 40 months or 1246 days) since the filing of Plaintiff BEN DAVID's Form I-485

Application, Plaintiff BEN DAVID's Form has been pending for an unreasonably long period of time.

38. Defendants have failed in their statutory duty to adjudicate Plaintiff's Form within a reasonable period of time.

39. Defendants have violated the Administrative Procedures Act, 5 U.S.C. § 701 et seq., as they are unlawfully withholding action on Plaintiff BEN DAVID's Form and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

40. Defendants' delay in this case is, as a matter of law, arbitrary, capricious, or not otherwise in accordance with the law. Defendants have willingly and unreasonably delayed and have refused to adjudicate Plaintiff BEN DAVID's Form, thereby depriving Plaintiff of the rights to which he is entitled.

41. In addition, as a result of this delay, Plaintiff has incurred significant costs and significant attorney's fees. Furthermore, Plaintiff has been unable to receive his permanent resident status and has lost time which would have accrued towards his qualification to naturalize as a U.S. Citizen. In effect, Plaintiff's life is on hold due to Defendants' inaction.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs respectfully prays:

1. That the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order mandating a time certain to adjudicate Plaintiff BEN DAVID's Form I-485 Application.

2. In the alternative, that the Court compel Defendants, and those acting under them, to perform their duty to adjudicate Plaintiff BEN DAVID's Form I-485 Application immediately.

3. Finally, that the Court award reasonable attorney's fees under the Equal Access to Justice Act, 5 U.S.C. § 504, and such other and future relief as this Court deems proper under the circumstances.

Date: June 26, 2025

Respectfully submitted,

/s/ Gabriela Perez-Dumois
GABRIELA PEREZ-DUMOIS, Esq.
**Fla. Bar No. 118378**
**2514 Hollywood Blvd., Ste. 308**
**Hollywood, FL 33020**
**GPD@bzplegal.com**
**Phone: (754) 799-4400**
***Local Counsel for Plaintiff***

/s/ Sadaf F. Ahmed
SADAF F. AHMED, Esq.
**3701 W. Algonquin Road, Ste. 630**
**Rolling Meadows, IL 60008**
**Ph: (312) 767-9030**
**Email: sadaf@jeelani-law.com**
***Non-resident Attorney for Plaintiff***