UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L.M. BEN DAVID,

    Plaintiff,

v.                         Case No: 2:25-cv-551-JES-NPM

SECRETARY KRISTI NOEM, in her official capacity, DIRECTOR ANGELICA ALFONSO-ROYALS, in her official capacity, and U.S. ATTORNEY GENERAL PAM BONDI, in her official capacity,

    Defendants.

**ORDER**

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Doc. #9) filed on September 2, 2025. Defendants have not filed an answer or motion for summary judgment.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all

previously scheduled deadlines and pending motions and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __3rd__ day of September 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record